■ JOHN B. HAYES, Appellant, v NATIONWIDE MUTUAL FIRE INSURANCE COMPANY, Respondent. [810 NYS2d 699]—Appeal from an order of the Supreme Court, Erie County (Patrick H. NeMoyer, J.), entered July 1, 2005. The order, insofar as appealed from, granted that part of defendant's motion seeking to dismiss the complaint.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court. Present—Scudder, J.P., Kehoe, Martoche, Green and Hayes, JJ.